IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY EBERT, on behalf of himself and his minor children M.E., E.E., and S.E., et al,<br><br>Plaintiffs,<br><br>v.<br><br>PRGX GLOBAL, INC.,<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:23-CV-4233-TWT |

## ORDER

This is a negligence case. It is before the Court on Defendant's Motion to Dismiss [Doc. 2], which is now moot in light of the Plaintiffs' filing of an Amended Complaint [Doc. 7]. Accordingly, the Defendant's Motion to Dismiss [Doc. 2] is DENIED as moot.

SO ORDERED, this ___12th___ day of February, 2024.

*[signature]*
THOMAS W. THRASH, JR.
United States District Judge